# Court of Appeals
# of the State of Georgia

ATLANTA,  September 22, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0082. ROBERT WASHINGTON v. THE STATE.**

Robert Washington was convicted of two counts of aggravated battery, possession of a firearm during the commission of a crime and possession of a firearm by a convicted felon.  Washington appealed his convictions, arguing that the trial court improperly sentenced him under OCGA § 17-10-7 (c), and this Court affirmed the judgment of the trial court.  See *Washington v. State*, 311 Ga. App. 518 (716 SE2d 576) (2011). Washington then filed a "Motion in Arrest, To Stay the Judgment to Correct a Void Judgment and Sentence," in which he challenged the sufficiency of the evidence.  The trial court denied the motion, and we dismissed Washington's direct appeal, finding that Washington failed to raise a valid void sentence argument. See Case No. A13A0566 (Nov. 30, 2012). In 2015, Washington filed a "Petition for Coram Nobis" once again challenging his convictions and sentence. The trial court dismissed the petition, and Washington filed this direct appeal.  We, however, lack jurisdiction.

A writ of error coram nobis "is the ancestor of the current extraordinary motion for new trial." *Crews v. State*, 175 Ga. App. 300, 301 (333 SE2d 176) (1985).  In substance, therefore, the petition is an extraordinary motion for new trial. And under OCGA § 5-6-35 (a) (7), appeals from the denial or dismissal of an extraordinary motion for new trial must comply with the discretionary appeal procedure. Washington's failure to comply with the necessary procedure deprives us of jurisdiction over his appeal, which is hereby DISMISSED.  See *Crews*, supra.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____09/22/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*